NO.
12-04-00331-CV

                      IN THE COURT OF APPEALS       

           TWELFTH
COURT OF APPEALS DISTRICT

                                 TYLER,
TEXAS

DR. ROBERT GRUEBEL,                               §                APPEAL FROM THE 

APPELLANT

 

V.

                                                                               

ZONING BOARD
OF ADJUSTMENT OF

THE CITY OF
NACOGDOCHES, TEXAS;  §                COUNTY COURT AT
LAW

CONSISTING
OF PAUL SMITH,

U.L.
WOODSON, JEFF OPPERMAN,

KELLY JONES,
RICHARD HUMPHREYS,

CITY OF
NACOGDOCHES, TEXAS AND

ARON
KULHAVY, CITY PLANNER FOR THE

CITY OF
NACOGDOCHES, TEXAS,

APPELLEES                                                     §                NACOGDOCHES
COUNTY, TEXAS

                                                                                                                                                 


                                                      MEMORANDUM
OPINION

                                                                  PER
CURIAM

 

Dr. Robert Gruebel, Appellant, has filed a
motion to dismiss this appeal, and all other parties to the appeal have been
given notice of the filing of this motion. 
In his motion, Dr. Gruebel represents that he
no longer wishes to pursue this appeal. Because Dr. Gruebel
has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

 

Opinion
delivered January 26, 2005.

Panel consisted of Worthen,
C.J., Griffith, J., and DeVasto, J.

 

 

                                                                      (PUBLISH)












 
 
 
 
 
 
 
 
 
 
 
 
 
  
 




 

 

 

 

                                                 COURT OF APPEALS

                      TWELFTH COURT OF APPEALS DISTRICT OF
TEXAS

                                                              JUDGMENT

 

                                                             JANUARY
26, 2005

 

                                                          NO. 12-04-00331-CV

 

                                                        DR.
ROBERT GRUEBEL,

                                                                       Appellant

                                                                             V.

     ZONING BOARD OF
ADJUSTMENT OF THE CITY OF NACOGDOCHES, TEXAS;

                CONSISTING OF
PAUL SMITH, U.L. WOODSON, JEFF OPPERMAN,

   KELLY JONES, RICHARD
HUMPHREYS, CITY OF NACOGDOCHES, TEXAS AND

     ARON KULHAVY, CITY PLANNER
FOR THE CITY OF NACOGDOCHES, TEXAS,

                                                                      Appellees

                                                                                                                                       
                                                                                                  

                                                Appeal from the County Court at Law

                                     of Nacogdoches
County, Texas. (Tr.Ct.No. 10651)

                                                                                                                                                           


 

 

 

THIS CAUSE came to be heard on the appellate record; and the same
being inspected, it is the opinion of this court that this court is without
jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by the court that this
appeal be, and the same is, hereby dismissed;
and that this decision be certified to the court below for observance.

By per curiam
opinion.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto,
J.